UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN SCOTT WEHNER II,

    Plaintiff,

v.

ANTHONY LANE BROUSSARD II,

    Defendant.

Case No. :
Honorable:
Magistrate:

Removed from:
St. Clair County Circuit Court
Case No. 21-000230-CZ
Hon. Michael L. West

_____

| | |
|---|---|
| BRISTOW LAW, PLLC<br>Kyle J. Bristow (P77200)<br>P.O. Box 46209<br>Mt. Clemens, MI  48046<br>(248) 838-9934<br>bristowlaw@gmail.com<br>Attorney for Darren Scott Wehner II | FRANK & FRANK LAW<br>Jonathan B. Frank (P42656)<br>Janette E. Frank (P42661)<br>Attorneys for Defendant<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, Michigan  48302<br>(248) 723-8691<br>jonfrank@frankandfranklaw.com<br>janfrank@frankandfranklaw.com |

_____

**EXHIBIT LIST TO**
**NOTICE OF REMOVAL FROM STATE COURT**

Exhibit A:    Summons and Complaint

Exhibit B:    Notice of Filing Notice of Removal